UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| TERRY WHITTINGTON, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No: 2:23-CV-04082-WJE |
| ALLIED ELECTRICAL CONTRACTORS, INC, et al., | ) ) ) ) |
| Defendants. | ) ) |

## CLERK'S ORDER OF DISMISSAL

On the 12th of June, 2023, the parties herein having filed a Joint Stipulation of Dismissal With Prejudice,

IT IS ORDERED that this case be dismissed with prejudice. Each party shall bear their own costs.

            AT THE DIRECTION OF THE COURT

            Paige Wymore-Wynn, Clerk of Court

            *Angel L. Geiser*

            By: Angel L. Geiser
                Deputy Clerk

June 12, 2023